1010

[No. 13748–4–I.   Division One.   September 15, 1986.]

HOWARD D. RAMLOW, ET AL, *Appellants,* v. LAURA
INEZ WEBER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 4183, Howard A. Patrick, J., entered
August 22, 1983. *Affirmed* by unpublished opinion per
Utter, J. Pro Tem., concurred in by Cole and Schumacher,
JJ. Pro Tem.

[No. 13131–1–I.   Division One.   September 15, 1986.]

FLOYD BARNES, ET AL, *Appellants,* v. E. A. LYNN
HOMES, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 81-2–08620–9, Frank L. Sullivan, J., entered
May 3, 1983. *Affirmed in part* and *remanded* by unpub-
lished opinion per Pekelis, J., concurred in by Coleman and
Grosse, JJ.

[No. 14314–0–I.   Division One.   September 15, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
HAROLD SATHER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1–01793–0, Robert E. Dixon, J., entered
January 5, 1984. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Scholfield, C.J., and Williams,
J.